1
2

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

3    KELLY MALA,

4          Plaintiff,

5          v.                                        Civil No. 06-1738 (JAF)

6    JOSEPH LAWS, et al.,

7          Defendants.

8                               **O R D E R**

9          The order allowing Plaintiff to proceed in forma pauperis,

10   Docket Document No. 6, is **VACATED**.

11         This case is **ORDERED DISMISSED**.  Plaintiff Mala is suing the

12   Federal Public Defender on account of alleged ineffective assistance

13   of counsel.  The underlying criminal case, No. 05-286 (JAF), is

14   pending appellate disposition. In addition, the complaint herein is

15   not supported in fact and law.  Judgment to enter.

16         **IT IS SO ORDERED.**

17         San Juan, Puerto Rico, this 15th day of September, 2006.

18                                        S/José Antonio Fusté
19                                        JOSE ANTONIO FUSTE
20                                        Chief U. S. District Judge